Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendants
TARGET CORPORATION and
TARGET BRANDS, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, *et al.*<br><br>Defendants. | Case No. 2:23-cv-00640-RGK-MAR<br><br>[Assigned to Hon. R. Gary Klausner; Magistrate Judge Margo A. Rocconi]<br><br>**DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   December 11, 2023<br>Time:   9:00 a.m.<br>Place:  Courtroom 850 |

**DECLARATION OF CHRISTINA N. GOODRICH**

# DECLARATION OF CHRISTINA N. GOODRICH

I, Christina N. Goodrich, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am a partner at the law firm of K&L Gates LLP (the "Firm" or "K&L Gates"). I am lead trial counsel on the K&L Gates team representing Defendants Target Corporation and Target Brands, Inc. ("Target" or "Defendants") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. I am familiar with the filings and discovery in this action and the action defined below as *Covves I*. If called upon to testify regarding these matters, I could and would do so competently.

2. Plaintiff's Complaint asserts infringement of US Patent No. D787,617 (the "'617 Patent"). Attached hereto as **Exhibit 1** is a true and correct copy of the '617 Patent on file with the United States Patent and Trademark Office.

3. Plaintiff's Complant asserts infringement of US Patent No. D783,370 (the "D'370 Patent"). Attached hereto as **Exhibit 2** is a true and correct copy of the '370 Patent on file with the United States Patent and Trademark Office.

4. On October 3, 2018, Plaintiff filed its Complaint against Target Brands, Inc., Big Mouth, Inc., Big Mouth, LLC, and other retailers who sell Big Mouth's products for infringement of '617 Patent and the '370 Patent (collectively, the ("Asserted Patents"). Attached hereto as **Exhibit 3** is a true and correct copy of the Complaint filed in *Covves, Inc. v. Dillard's, Inc., et al.*, No. 2:18-cv-08518-RGK-AFM (C.D. Cal. Oct. 3, 2018) ("*Covves I*"), which I retrieved from the Court's website and online docket on or about August 30, 2023. Attached hereto as **Exhibit 27** is a true and correct copy of the Amended Complaint in *Covves I*, which I downloaded from the Court's website and docket on or about August 30, 2023.

5.     Thereafter, Plaintiff amended its complaint to remove claims against BigMouth and reasserted those claims in an action in Indiana. Attached hereto as **Exhibit 4** is a true and correct copy of the Complaint filed in *Covves, Inc. v. BigMouth Inc., et al.*, No. 1:18-cv-03307-JMS-TAB (S. Ind. Oct. 26, 2018) ("Indiana Action"), which I retrieved from the Court's website and online docket on or about August 30, 2023.

6.     On January 7 and 8, 2020, Covves, BigMouth, Inc., Big Mouth, LLC, and Target Brands executed a Settlement Agreement that resolved the dispute forth in *Covves I* and the Indiana Action, ("Settlement Agreement") that included a release. Attached hereto as **Exhibit 5** is a true and accurate copy of the fully executed Settlement Agreement, which was produced by Plaintiff in this action on July 28, 2023 and maintained in the Firm's records for this case in the ordinary course of business.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of relevant portions of the transcript of the deposition of Jeff Carter in this action, which took place on October 24, 2023. Mr. Carter testified as the 30(b)(6) designee for Target as to certain topics, including the relationship between Target Brands and Target Corporation. I defended Mr. Carter's deposition.

8.     Counsel for Plaintiff in *Covves I* and in this action, Stephen McArthur, filed a declaration with the Court on November 20, 2020 in *Covves I*, found at docket entry number 182-2 in connection with Plaintiff's motion to reopen *Covves I*. Attached hereto as **Exhibit 7** is a true and accurate copy of that Declaration of Stephen McArthur, which I retrieved from the Court's website and docket on or about August 30, 2023.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of the Court's order dated January 8, 2021, denying Plaintiff's motion to reopen in *Covves I* at DE 190, which I retrieved from the Court's website and docket on or about August 30, 2023.

10.    Plaintiff then filed a motion for reconsideration, which the district court denied. Plaintiff appealed the Court's order denying Plaintiff's motion to reopen *Covves I*. The Ninth Circuit Court of Appeals issued a memorandum opinion affirming the

denial of Plaintiff's motion to reopen *Covves I*. Attached hereto as **Exhibit 9** is the Memorandum Opinion from the Ninth Circuit affirming the District Court's order denying Plaintiff's motion to reopen *Covves I*, which I retrieved from the Court's website and Ninth Circuit docket on August 30, 2023.

11. Attached hereto as **Exhibit 10** is a true and correct copy of relevant portions of the transcript of the deposition of Adam Krepack from *Covves I*, which took place on October 1, 2019 and was defended by my colleague at the Firm. This transcript was produced by Target to Plaintiff in this action.

12. On September 18, 2023, Plaintiff produced an email in this action which Benson Su sent to Adam Krepack on March 28, 2017. Attached hereto as **Exhibit 11** is a true and correct copy of that email.

13. Attached hereto as **Exhibit 12** is a true and correct copy of relevant portions of the transcript of the deposition of Benson Su from *Covves I*, which took place on October 3, 2019 and was taken by my colleague at the Firm. This transcript was produced by Target to Plaintiff in this action.

14. Attached hereto as **Exhibit 13** is a true and correct copy PTO Application Data Sheet for the '617 Patent, which I caused to be retrieved from the Patent Center website on October 20, 2023 and produced to Plaintiff's counsel that same day.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the PTO Certificate of Correction for the '617 Patent which I caused to be retrieved from the Patent Center website on October 20, 2023 and produced to Plaintiff's counsel that same day.

16. Attached hereto as **Exhibit 15** is a true and correct copy PTO Application Data Sheet for the '370 Patent, which I caused to be retrieved from the Patent Center website on October 20, 2023 and produced to Plaintiff's counsel that same day.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the PTO Certificate of Correction for the '370 Patent, which I caused to be retrieved from the

**DECLARATION OF CHRISTINA N. GOODRICH**

Patent Center website on October 20, 2023 and produced to Plaintiff's counsel that same day.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the complaint in *BLM Products, Ltd. v. Covves,* No. 2:17-cv-06224, DE 1 (C.D. Cal. Oct. 26, 2017), which I retrieved from the Court's website and docket for that case on August 30, 2023. This document was produced by Target to Plaintiff in this action.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Court's order in *BLM Products, Ltd. v. Covves,* No. 2:17-cv-06224, DE 22 (C.D. Cal. Oct. 26, 2017), which I retrieved from the Court's website and docket for that case on August 30, 2023. This document was produced by Target to Plaintiff in this action.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the Court's Order in *BLM Products, Ltd. v. Covves,* No. 2:17-cv-06224, DE 40 (C.D. Cal. Oct. 26, 2017), which I retrieved from the Court's website and docket for that case on August 30, 2023. This document was produced by Target to Plaintiff in this action.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the complaint filed in *P&P Imports LLC v. Covves, LLC*, Case No. 8:17-cv-1616-JVS-KES, DE 1 (C.D. Cal. 2017), which I retrieved from the Court's website and docket for that case on August 30, 2023. This document was produced by Target to Plaintiff in this action.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the Assignment of Lois Lo and Tomislav Vuksic for the '617 Patent, which I caused to be retrieved from the Patent Center website on October 20, 2023 and produced to Plaintiff's counsel that same day.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the Assignment of Lois Lo and Tomislav Vuksic for the '370 Patent, which I caused to be retrieved from the Patent Center website on October 20, 2023 and produced to Plaintiff's counsel that same day.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the rough transcript from the deposition of Benson Su, which was taken on November 7, 2023,

only a day before the filing of this Motion.  I took Mr. Su's deposition.  Mr. Su was deposed in his individual capacity and as Plaintiff's 30(b)(6) on various topics, including relating to the Settlement Agreement.  I will cause the relevant pages of the final version of the transcript to be filed with the Court promptly upon receipt.  My colleague, Cassidy Young, emailed Plaintiff's counsel on November 8, 2023 to advise him that we planned to file certain pages of this transcript with the Court and asked him to confirm we could do so publicly.  Plaintiff's counsel confirmed that we could do so.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email I received from Plaintiff's counsel, Stephen McArthur, on November 8, 2023.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the order appointing a receiver for Big Mouth, Inc. and Big Mouth, LLC, which was produced by Plaintiff on July 28, 2023.

27. Attached hereto as **Exhibit 26** is a true an correct copy of the Declaration of Kevin Chang submitted by Plaintiff in *BLM Products, Ltd. v. Covves*, No. 2:17-cv-06224, DE 13-1 (C.D. Cal. Oct. 26, 2017), which I retrieved from the docket for that action on November 8, 2023.

28. Attached hereto as **Exhibit 28** is a true and correct copy of the letter sent by Plaintiff to BigMouth on October 6, 2020, which was produced by Plaintiff in this action on July 28, 2023 and maintained in the Firm's records for this case in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on November 8, 2023 in Los Angeles, California.

*Christina N. Goodrich*
Christina N. Goodrich

- 6 -
**DECLARATION OF CHRISTINA N. GOODRICH**