# EXHIBIT 1



US00D787617S

(12) **United States Design Patent** (10) Patent No.: **US D787,617 S**
Krepack (45) Date of Patent: ** **May 23, 2017**

(54) **INFLATABLE TOY**

(71) Applicant: **Adam Krepack**, Beverly Hills, CA (US)

(72) Inventor: **Adam Krepack**, Beverly Hills, CA (US)

(73) Assignee: **Covves LLC**, Torrance, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/537,216**

(22) Filed: **Aug. 24, 2015**

(51) **LOC (10) Cl.** .............................................. **21-02**
(52) **U.S. Cl.**
 USPC ........................................................ **D21/808**
(58) **Field of Classification Search**
 USPC ............... D21/801, 804–806, 808, 415, 428,
  D21/438–439, 473, 576, 597, 626, 416,
  D21/429, 584, 620, 814, 832;
  D1/106–107, 126–128
 CPC ..... B63C 9/11; B63C 2009/0023; B63C 9/08;
  B63C 2009/042; B63C 2009/046; A63B
  31/10–31/12; A63B 31/00; A63B 31/08;
  B63B 35/76; B63B 114/345–114/346;
  B63B 441/35; B63B 441/66; B63B
  441/40–441/41; B63B 441/129–441/132;
  B63B 472/128–472/129
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,718,637 | A | * | 6/1929 | De Pento | A63B 35/12 |
| | | | | | 440/6 |
| 2,404,729 | A | * | 7/1946 | Hurt | B63B 35/74 |
| | | | | | 441/130 |
| 2,438,391 | A | * | 3/1948 | Gallagher | A63H 3/16 |
| | | | | | 446/97 |
| D162,126 | S | * | 2/1951 | Burkes | D21/620 |
| D163,061 | S | * | 4/1951 | Meyer | D21/620 |
| 3,015,406 | A | | 1/1962 | Nolte | |
| D256,736 | S | * | 9/1980 | Bajork | D2/741 |
| D265,224 | S | * | 6/1982 | Bollen | D21/832 |
| D266,754 | S | | 11/1982 | Taylor | |
| D291,716 | S | | 9/1987 | Wolfe | |
| D293,011 | S | | 12/1987 | Wolfe | |
| 4,718,661 | A | * | 1/1988 | Wolfe | B63B 35/73 |
| | | | | | 273/447 |
| D301,910 | S | * | 6/1989 | Wolfe | D21/808 |
| D302,718 | S | * | 8/1989 | Wolfe | D21/620 |
| D302,995 | S | | 8/1989 | Wolfe | |

(Continued)

OTHER PUBLICATIONS

"Floaty giant 8 ft. inflatable toy unicorn swimming pool float raft lounger highest quality," [online], posted Sep. 23, 2015, retrieved Nov. 17, 2016, retrieved from <https://www.amazon.com/FLOATY-Inflatable-Unicorn-Swimming-Lounger/dp/B012W6OCDA/ref=cm_cr_arp_d_product_top?ie=UTF8 >.*

*Primary Examiner* — Karen Kearney
*Assistant Examiner* — Debra Callahan
(74) *Attorney, Agent, or Firm* — Dunlap Bennett & Ludwig PLLC

(57) **CLAIM**

The ornamental design for an inflatable toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of an inflatable toy;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a front elevation view thereof;
FIG. **5** is a rear elevation view thereof; and,
FIG. **6** is a right side elevation view thereof, the left side elevation view being a mirror image thereof.
The broken lines shown in the drawings illustrate portions of the inflatable toy that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



US D787,617 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D302,996 S | * | 8/1989 | Wolfe ............................ D21/808 |
| D306,633 S | | 3/1990 | Wolfe |
| D340,210 S | * | 10/1993 | Veness .......................... D12/130 |
| D341,168 S | * | 11/1993 | Martin .......................... D21/429 |
| 6,029,845 A | | 2/2000 | Mueller |
| D472,944 S | | 4/2003 | Jacobs |
| 6,607,090 B1 | | 8/2003 | Doerr |
| 6,616,493 B2 | | 9/2003 | Powell et al. |
| D491,614 S | * | 6/2004 | Arginsky ..................... D21/413 |
| D500,097 S | * | 12/2004 | Passmore ..................... D21/429 |
| 7,662,015 B2 | | 2/2010 | Hui |
| D639,117 S | | 6/2011 | Jonsson |
| D669,544 S | | 10/2012 | Hornsby et al. |
| D680,787 S | * | 4/2013 | Diaz ............................ D21/620 |
| D700,253 S | * | 2/2014 | Lo ................................ D21/620 |
| D700,663 S | * | 3/2014 | Lo ................................ D21/620 |
| D705,375 S | * | 5/2014 | Rubey .......................... D21/803 |
| 2003/0077958 A1 | | 4/2003 | Powell et al. |
| 2009/0053969 A1 | * | 2/2009 | Hui ........................ A63H 33/22 446/130 |
| 2012/0228175 A1 | | 9/2012 | Ressel et al. |

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4   FIG.5



FIG.6

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : D787,617 S  
APPLICATION NO.   : 29/537216  
DATED             : May 23, 2017  
INVENTOR(S)       : Krepack et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Item (72), please add inventors as listed below:  
Tomislav Vuksic, Zagreb, HR  
Lois Lo, Hong Kong, HK  
Benson Su, Torrance, CA (US)

Signed and Sealed this  
Eighteenth Day of September, 2018

Andrei Iancu  
*Director of the United States Patent and Trademark Office*