# EXHIBIT 2



US00D783370S

(12) **United States Design Patent**  (10) Patent No.: **US D783,370 S**
Su et al.  (45) Date of Patent: ** **Apr. 11, 2017**

(54) **INFLATABLE BEVERAGE HOLDER**

(71) Applicant: **Covves LLC**, Wilmington, CA (US)

(72) Inventors: **Benson Su**, Rolling Hills, CA (US); **Adam Krepack**, Beverly Hills, CA (US)

(73) Assignee: **Covves LLC**, Wilmington, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/583,660**

(22) Filed: **Nov. 8, 2016**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/537,216, filed on Aug. 24, 2015.

(51) **LOC (10) Cl.** .............................................. **07-06**
(52) **U.S. Cl.**
     USPC ....................................... **D7/619.2**; D21/808
(58) **Field of Classification Search**
     USPC ........ D7/619.1–625, 702; D9/600, 601, 607, D9/612; D21/801, 803, 804, 808, D21/438–440
     CPC .... A47G 23/06; A47G 23/0216; A47G 23/00; A47G 23/02; A47G 2200/02; A63H 13/00; A45C 2200/20; A45F 2200/0583; B63C 9/11; A63B 31/10; A63B 31/12; A63B 31/00; A63B 31/08
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,404,729 A | * | 7/1946 | Hurt | B63B 35/74 441/130 |
| D163,061 S | * | 4/1951 | Meyer et al. | D21/620 |
| 3,015,406 A | * | 1/1962 | Nolte | A47G 23/06 220/560 |
| D266,754 S | * | 11/1982 | Taylor | D11/159 |
| 4,571,194 A | * | 2/1986 | Kiss | A47G 23/0216 441/1 |
| D291,716 S | | 9/1987 | Wolfe | |
| D293,011 S | | 12/1987 | Wolfe | |
| D302,718 S | * | 8/1989 | Wolfe | D21/620 |
| D302,995 S | * | 8/1989 | Wolfe | D21/808 |
| D302,996 S | * | 8/1989 | Wolfe | D21/808 |
| D306,633 S | | 3/1990 | Wolfe | |
| 6,029,845 A | | 2/2000 | Mueller | |
| D469,317 S | * | 1/2003 | Doerr | D7/624.2 |
| D472,944 S | * | 4/2003 | Jacobs | D21/576 |
| 6,607,090 B1 | * | 8/2003 | Doerr | A47G 23/0216 220/560 |
| 6,616,493 B2 | * | 9/2003 | Powell | A45F 5/02 206/427 |
| 7,195,132 B1 | * | 3/2007 | Balam | A47G 23/02 220/560 |
| 7,662,015 B2 | | 2/2010 | Hui | |
| D639,117 S | * | 6/2011 | Jonsson | D7/624.2 |
| D669,544 S | | 10/2012 | Hornsby et al. | |
| 2003/0077958 A1 | | 4/2003 | Powell et al. | |
| 2012/0228175 A1 | | 9/2012 | Ressel et al. | |

* cited by examiner

*Primary Examiner* — Terry Wallace
(74) *Attorney, Agent, or Firm* — Dunlap Bennett & Ludwig PLLC

(57) **CLAIM**

The ornamental design for an inflatable beverage holder, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view of an inflatable beverage holder;
FIG. **2** is a right elevation view thereof;
FIG. **3** is a top plan view thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a front elevation view thereof; and,
FIG. **6** is a rear elevation view thereof.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5　　　　FIG. 6

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : D783,370 S                           Page 1 of 1
APPLICATION NO.      : 29/583660
DATED                : April 11, 2017
INVENTOR(S)          : Benson Su and Adam Krepack

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Item [72], Please add inventors as listed below:
Tomislav Vuksic
Lois Lo

Signed and Sealed this
Ninth Day of April, 2019

Andrei Iancu
*Director of the United States Patent and Trademark Office*