# EXHIBIT D

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Christina  Goodrich Esq | | | |
|---|---|---|---|---|
| | K&L Gates LLP | | **Invoice #:** | **6924595** |
| | 10100 Santa Monica Blvd | | **Invoice Date:** | **10/26/2023** |
| | 8th Flr | | **Balance Due:** | **$476.40** |
| | Los Angeles, CA, 90067 | | | |

| **Case: Covves LLC v. Target Corporation Et Al (2:23cv00640RGKMAR (C.D.Cal.))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6160225   |   Job Date: 10/20/2023   |   Delivery: Immediate

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Christina  Goodrich Esq |
| Scheduling Atty: | Christina  Goodrich Esq | K&L Gates LLP |

| Witness: Benson Su , 30 (b) (6) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 8.00 | $4.55 | $36.40 |
| Attendance - Hourly | 2.00 | $75.00 | $150.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $218.00 | $218.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | **Invoice Total:** | **$476.40** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$476.40** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  6924595** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Invoice Date:   10/26/2023** |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:   $476.40** |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com