JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION, *et al.*,<br><br>          Defendants. | Case No. 2:23-cv-00640-RGK-MAR<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS TARGET CORPORATION AND TARGET BRANDS, INC. |

Pursuant to the Court's Order [DE 83] granting the Motion for Summary Judgment filed by Defendants Target Corporation and Target Brands, Inc. (collectively, "Defendants") [DE 46] and denying Plaintiff Covves, LLC's ("Plaintiff") Motion for Summary Judgment [DE 45], it is hereby **ORDERED** as follows:

1. Judgment is entered for Defendants with prejudice on all claims asserted against them and against Plaintiff. It is hereby adjudged that Plaintiff take nothing, that the action be dismissed on the merits, and that Defendants recover their costs.

**IT IS SO ORDERED.**

Dated: 1/12/2024

_____
Honorable R. Gary Klausner
United States District Judge