# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-00640-RGK-MAR<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER CONTINUING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>[90] |

After full consideration of the Motion for Summary Judgment filed by Stipulation Defendants Target Corporation and Target Brands, Inc. ("Defendants"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Target's deadline to file its motion for attorneys' fees shall be continued for 30 days. Target shall file any motion for attorneys' fees by **no later than February 26, 2024**.

   **IT IS SO ORDERED.**

Dated: 1/24/2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge